IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01681-BNB

STEPHAN DARRIS,

    Plaintiff,

v.

DENVER SHERIFF DEPT.,
DEPUTY SHERIFF (D/S) STEED, individual & official capacity,
DEPUTY SHERIFF (D/S) WATERS, individual & official capacity, and
DEPUTY SHERIFF (D/S) JURANEK, individual & official capacity,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Stephan Darris, is an inmate at the Denver Detention Center in Denver, Colorado. Mr. Darris initiated this action by filing *pro se* a Prisoner Complaint (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 2). On June 26, 2013, Magistrate Judge Boyd N. Boland entered an order directing Mr. Darris to cure a deficiency if he wished to pursue his claims in this action. Specifically, Magistrate Judge Boland ordered Mr. Darris to submit a signed authorization to calculate and disburse filing fee payments in support of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Mr. Darris was warned that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days.

    Mr. Darris has failed to cure the deficiency within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's June 26 order. Therefore,

the action will be dismissed without prejudice for failure to cure the deficiency.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Darris failed to cure the deficiency as directed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 2) is denied as moot.

DATED at Denver, Colorado, this  1st  day of   August  , 2013.

BY THE COURT:


 s/ Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court